IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RICKY ALLEN SMITH

        Plaintiff,

        v.

COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Civ. No. 3:14-cv-01210-PA

ORDER TO PAY EAJA FEES

Panner, Judge:

    Based on the stipulation of the parties, and pursuant to the Equal Access to Justice Act,

28 U.S.C. § 2412, $9,291.91 is awarded to Plaintiff in care of his attorney, Nancy J.

Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow,

based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J.

Meserow, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130

S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $9.00 in postage expenses

pursuant to 28 U.S.C. § 2412 and $6.00 in photocopying costs pursuant to

28 U.S.C. § 1920, also payable after the satisfaction of Plaintiff's debts, if any, under

*Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Any check for costs and expenses shall be

made payable to Nancy J. Meserow; and any checks issued for both costs and EAJA

fees shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow:
7540 S.W. 51st Ave.
Portland, OR
97219


IT IS SO ORDERED.

DATED this -7 day of March

Owen Panner,
United States District Court Judge